UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

LUTHER WOODS,

    Plaintiff,

v.                                                CASE NO. 6:06-cv-1556-Orl-31DAB

UNITED STATES OF AMERICA,

    Defendant.

## **ORDER**

This case is before the Court on Plaintiff's Appeal of District Court's Dismissal (Doc. No. 8, filed November 6, 2006), which has been construed as a motion for reconsideration. Plaintiff has failed to demonstrate sufficient grounds warranting reconsideration of the Court's prior orders.

Thereon it is **ORDERED** that the motion for reconsideration (Doc. No. 8) is **DENIED**.

**DONE AND ORDERED** at Orlando, Florida this 16th day of November, 2006.

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies to:
sa 11/16
Luther Woods
Counsel of Record